UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

          **ORDER**  SEP 2 3 2011

-against-

JOSEPH MAZELLA,          11-CR-300 (CBA)

Defendant.
-------------------------------------------------------------------X

Upon the application of Ephraim Savitt, attorney for the above named defendant, and pursuant to the Court's approved CJA mega-case budget in this matter dated August 19, 2011,

**IT IS HEREBY ORDERED,** pursuant to 18 U.S.C. 3006(A), that Gardner Investigative Services, a New York State, licensed, bonded and insured Investigator agency, its contractors and associates, having been appointed by the Court to serve as special investigator for the defense of Joseph Mazella, will be compensated on an interim basis at the CJA rate of $95.00 per hour plus expenses reasonably incurred, pursuant to the specifications of the mega-budget in this case. If additional services are required, such as travel outside the New York and New Jersey Districts that involve expenditures beyond the limits set forth in the mega-budget, counsel will so petition the Court in writing and submit a requested amendment to the budget.

DATED: Brooklyn, New York
        September 21, 2011

                              s/CBA
                        HONORABLE CAROL BAGLEY AMON
                        CHIEF UNITED STATES DISTRICT JUDGE